UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



2010-

OLIVERA BAUMGARTNER-JACKSON AND ALVIN JACKSON

PLAINTIFFS       **10-3228**

VERSUS           **SECT. N MAG. 3**

THE CITY OF NEW ORLEANS AND THE NEW ORLEANS
REDEVELOPMENT AUTHORITY /DEFENDANT

## COMPLAINT

1. MOTION TO FILE AN APPLICATION IN OPPOSITON TO THE DENIAL OF A HEARING OF 2010-C-0334, A SUPERVISORY WRIT WHICH WAS DENIED BY THE LOUISIANA SUPREME COURT AND THIS HONORABLE COURT IS HEREWITH BEING REQUESTED TO OVERTURN THEIR DECISION NOT TO HEAR THIS MATTER. THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF LOUISIANA IS THE APPROPRIATE VENUE FOR THIS MATTER TO BE HEARD.

2. Defendants, The City of New Orleans, and The New Orleans Redevelopment Authority, a quasi-public body have systematically, arbitrarily, and capriciously violated the La Code of Civil Procedures Article 3651 et seq, Sections 2,3, and 4 of the Constitution of the State of Louisiana, Section 2C of Louisiana R.s. 9:5633, as well as the 14th

___Fee $350
✓Process_____
x_Dktd_____
___CtRmDep_____
___Doc. No._____

Amendment of the Constitution of the United States of America, and have willingly ignored the Opinion of the Attorney General of the State of Louisiana .

Finally, State Representative Charmaine Staies introduced HB    1446, which would have clear up any ambiguities of the law, however; the bill was allowed to die in the committee.

3. Plaintiffs are claiming rights to an Affidavit of Blight on property declared as such prior to August 29, 2005 from The New Orleans Redevelopment Authority. Possession of said Affidavit of Blight was added to the requirements of La Rs 9:5633 during the 1st Extraordinary session of 2006.  This amendment and Re-enactment of Louisiana Rs 9:5633 was requested  by The New Orleans Redevelopment Authority and sanctioned by the City of New Orleans on February 9, 2006.  Pursuant to the revised statue, in order to be compliant with the law, the possessor was required to  filed the Affidavit of Blight with the Register of Conveyances.  Judge Nadine Ramsey after reading the statue as well as the opinion from the Attorney General of Louisiana, rendered a Judgment in favor of Plaintiffs and against defendant, The New Orleans Redevelopment Authority in Civil District Court in New Orleans on September 30, 2009, despite a statement made by Attorney Chris Gobert that the Attorney General did not understand the "law. "

4. Plaintiffs are herewith requesting that this Honorable Court review the merits of this case, and ruled in favor the plaintiffs and require the New Orleans Development Authority to cease and desist from any further denial of Plaintiffs constitutional rights to obtain the requisite Affidavit of Blight.  Further, to require the City of New Orleans to remove, rescind, annul and return any and all real property illegally taken from plaintiffs by their refusal to comply the requirements of the Constitution of the State of Louisiana.  Plaintiffs are herewith requesting the return of any and all property donated to, sold to, transferred to any 3rd party or in any way alienated from plaintiffs by the City of New Orleans.

Plaintiffs are herewith requesting the return of any expenditures incurred by plaintiffs in pursuit of this claim, any money paid by plaintiffs in their attempts to protect their property rights and any monetary damages deemed appropriate by this Honorable Court.

September 22, 2009

*Oliver Baumgartner-Jackson*
Oliver Baumgartner-Jackson
1528 St. Philip St
New Orleans, Louisiana 70116
(601) 334-6417

*Alvin Jackson*
Alvin Jackson
1528 St Philip Street
New Orleans, Louisiana 70116
(601) 334-6417

Verification and Certificate of Service

All of the allegations of fact contained herein are true and correct to the best of my knowledge, beliefs and information available. A copy of this motion has been served upon defendants, through their Counsel of Records.

_____
Alvin Jackson, Plaintiff

Thus Done and Passed Before Me, the undersigned Notary in and for the Parish of Orleans, State of Louisiana on this 22nd Day of September in the Year Of Our Lord 2010.

_____
Notary



Please Serve:

The Attorney General, State of Louisiana
Mr. Buddy Caldwell
1885 North 3rd Street-6th Floor
Baton Rouge, La 70802

The New Orleans Redevelopment Authority
1340 Poydras Street
6th Floor
New Orleans, Louisiana 70112

Attn: Chris Gobert. Esq

City of New Orleans
1300 Perdido Street
City Attorney's Office
5th Floor
Attn: Robert Ellis, Esq.
New Orleans, Louisiana 70112