UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OLIVERA BAUMGARTNER-JACKSON AND ALVIN JACKSON | CIVIL ACTION |
| VERSUS | NO. 10-3228 |
| THE CITY OF NEW ORLEANS, ET AL. | SECTION "N" (3) |

## ORDER AND REASONS

Presently before the Court is Plaintiffs' "Motion for a New Trial" (Rec. Doc. 42) regarding the Court's prior Order and Reasons (Rec. Doc. 38). For essentially the reasons stated in Defendants' opposition memorandum (Rec. Doc. 43) regarding the limited applicability of Rule 59(e) of the Federal Rules of Civil Procedure, and the Court's lack of subject matter jurisdiction over Plaintiffs' claims, **IT IS ORDERED** that Plaintiffs' motion is **DENIED**.

New Orleans, Louisiana, this 10th day of April 2012.

**KURT D. ENGELHARDT**
**United States District Judge**